**Dismiss and Opinion Filed May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01357-CV

### ABRAM GARCIA AND MALEE THOMSON, Appellants

### V.

### DONNA HELLMAN, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04490-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Lang
Opinion by Justice Bridges

The parties have filed an agreed motion to dismiss the appeal with prejudice, stating they

have settled all issues. *See* TEX. R. APP. P. 42.1. We grant the motion to the extent we dismiss

the appeal. *See id.*

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE

151357F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ABRAM GARCIA AND MALEE
THOMSON, Appellants

No. 05-15-01357-CV          V.

DONNA HELLMAN, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-04490-E.
Opinion delivered by Justice Bridges. Chief
Justice Wright and Justice Lang
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** appellee Donna Hellman recover her costs, if any, of this appeal from appellants Abram Garcia and Malee Thomson.

Judgment entered May 11, 2016.